# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NTECH PROPERTIES, INC., a California Corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 24-cv-00130-JRG |
| vs. | ) ) ) |
| BYTEDANCE LTD., a Caymanian Corporation, BYTEDANCE PTE. LTD., a Singaporean Corporation, TIKTOK PTE. LTD., a Singaporean Corporation, TIKTOK INC., a California Corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## PARTIES' JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff NTECH Properties, Inc. ("Plaintiff") and Defendants Bytedance Ltd., Bytedance Pte. Ltd., TikTok Pte. Ltd., and TikTok Inc. (collectively, "Defendants") respectfully file this Joint Motion to Amend First Amended Docket Control Order (Dkt. No. 56). The Parties have met and conferred and respectfully request that the deadline for the following events be extended as follows:

- The Parties' deadline to exchange proposed claim terms and claim elements for construction according to P.R. 4-1 is extended through and including April 4, 2025;

- Plaintiff's deadline to serve its infringement contentions with source code citations is extended through and including April 11, 2025;

- The Parties' deadline to exchange preliminary claim constructions according to P.R. 4-2 is extended through and including April 25, 2025; and

1

- The Parties' deadline to file a joint claim construction statement according to P.R. 4-3 is extended through and including May 16, 2025.

Accordingly, the Parties' request that the Court grant this Joint Motion and enter the attached proposed order extending the stated deadlines.

| | |
|---|---|
| Dated: March 28, 2025: | Respectfully submitted, |
| By: /s/ *Kristopher Kastens* | By: /s/ *Melissa R. Smith* |
|    Paul J. Andre (*pro hac vice*) |    Melissa R. Smith |
|    Lisa Kobialka (*pro hac vice*) |    State Bar No. 24001351 |
|    James Hannah (*pro hac vice*) |    GILLAM & SMITH, LLP |
|    Kristopher Kastens (*pro hac vice*) |    303 South Washington Avenue |
|    Aakash Jariwala (*pro hac vice*) |    Marshall, Texas 75670 |
|    Sabah Khokhar (*pro hac vice*) |    Telephone: (903) 934-8450 |
|    Girija Gaur (*pro hac vice*) |    Facsimile: (903) 934-9257 |
|    KRAMER LEVIN NAFTALIS |    melissa@gillamsmithlaw.com |
|     & FRANKEL LLP | |
|    333 Twin Dolphin Drive, Suite 700 |    Ricardo J. Bonilla |
|    Redwood Shores, CA  94065 |    Fish & Richardson P.C. – Dallas |
|    Telephone: (650) 752-1700 |    1717 Main Street, Suite 5000 |
|    pandre@kramerlevin.com |    Dallas, TX 75201 |
|    lkobialka@kramerlevin.com |    Telephone: (214) 747-5071 |
|    jhannah@kramerlevin.com |    Facsimile: (214) 747-2091 |
|    kkastens@kramerlevin.com |    rbonilla@fr.com |
|    ajariwala@kramerlevin.com | |
|    skhokhar@kramerlevin.com |    Mark Tung |
|    ggaur@kramerlevin.com |    Joseph E. Reed (*pro hac vice*) |
| |    Quinn Emanuel Urquhart & Sullivan, LLP |
|    S. Calvin Capshaw (Bar No. 03783900) |    555 Twin Dolphin Drive, 5th Floor |
|    Elizabeth L. DeRieux (Bar No. 05770585) |    Redwood Shores, CA 94065 |
| |    Telephone: (650) 443-5000 |
|    Capshaw DeRieux LLP |    Facsimile: (650) 443-5100 |
|    114 E. Commerce St., |    marktung@quinnemanuel.com |
|    Gladewater, Texas 75647 |    joereed@quinnemanuel.com |
|    Telephone: 903-845-5770 | |
|    ccapshaw@capshawlaw.com |    Sichan Kim (*pro hac vice*) |
|    ederieux@capshawlaw.com |    Quinn Emanuel Urquhart & Sullivan, LLP |
| |    865 S. Figueroa St., 10th Floor |
| *Attorneys for Plaintiff* |    Los Angeles, CA 90017 |
| NTECH Properties, Inc. |    Telephone: (213) 443-3000 |
| |    Facsimile: (213) 443-3100 |
| |    sichankim@quinnemanuel.com |

Sean Pak (*pro hac vice*)
Ognjen Zivojnovic (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
seanpak@quinnemanuel.com
ogizivojnovic@quinnemanuel.com

*Attorneys for Defendants*
Bytedance Ltd., Bytedance Pte., Ltd.,
Tiktok Pte. Ltd., and Tiktok Inc.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred and this motion is joint.

/s/ *Kristopher Kastens*
Kristopher Kastens

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Kristopher Kastens*
Kristopher Kastens
